# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK MOYER, | : Civil No. 3:19-CV-01270 |
| Plaintiff, | : |
| v. | : |
| TRUSTEES OF THE BOILERMAKER-BLACKSMITH NATIONAL PENSION TRUST, | : |
| Defendant. | : Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 15th day of May, 2020, in accordance with the accompanying memorandum of law, **IT IS ORDERED** that Defendant's motion for summary judgment, Doc. 14, is **GRANTED**. The Clerk of Court is directed to close this case.

                                                     s/Jennifer P. Wilson
                                                     JENNIFER P. WILSON
                                                     United States District Court Judge
                                                     Middle District of Pennsylvania